UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOONG CHEE MIN and FRANK J. FISH,

Plaintiffs,

-v-

LONGFIN CORP., VENKAT S. MEENAVALLI, AMRO IZZELDEN ALTAHAWI, SURESH TAMMINEEDI, DORABABU PENUMARTHI, and NETWORK 1 FINANCIAL SECURITIES, INC.,

Defendants.

18cv10635 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 08 2019

DENISE COTE, District Judge:

On April 5, 2019, defendant Dorababu Penumarthi ("Penumarthi") filed a motion to dismiss the February 8 amended complaint (FAC) in the above-captioned case pursuant to Rule 12(b)(2), Fed. R. Civ. P. This motion was fully submitted on May 2. The allegations in the FAC are largely identical to those set forth in the related federal securities class action before this Court, In re Longfin Corp. Securities Class Action Litigation, 18cv2933 (filed Feb. 3, 2018). On April 11, 2019, this Court denied Penumarthi's motion to dismiss the claims brought against him in In re Longfin. See In Re Longfin, No. 18cv2933(DLC), 2019 WL 1569792 (S.D.N.Y. Apr. 11, 2019) ("April 11 Opinion"). The background, legal standards, and reasoning of the April 11 Opinion are incorporated by reference in this Opinion. Penumarthi's motion to dismiss the claims in this case

is identical to his motion to dismiss filed in In re Longfin. Penumarthi filed a reply in support of his motion in this case that was not filed in the In re Longfin case. This reply, however, does not raise any additional arguments that were not addressed in the April 11 Opinion. It is hereby

ORDERED that, for the reasons set forth in the April 11 Opinion, Penumarthi's April 2 motion to dismiss is denied.

Dated: New York, New York
May 7, 2019

DENISE COTE
United States District Judge